# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# THOMASVILLE DIVISION

| | |
|---|---|
| CHRISTOPHER YON BRANNON, : | |
| Plaintiff : | |
| v. : | 6:06-CV-36 (WLS) |
| THOMAS COUNTY JAIL, et. al., : | |
| Defendants : | |

## ORDER

Before the Court is a Report and Recommendation from United States Magistrate Judge G. Mallon Faircloth filed on May 11, 2007. (Doc. 42). It is recommended that Defendants' Motion for Summary Judgment (Doc. 30) be granted and that Plaintiff's Motion to Amend (Doc. 39) be denied as moot. No objection has been filed.

Upon full review and consideration upon the record, the Court finds that the Report and Recommendation (Doc. 42) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Defendants' Motion for Summary Judgment (Doc. 30) is **GRANTED**; and Plaintiff's Motion to Amend (Doc. 39) is **DENIED AS MOOT**.

**SO ORDERED**, this 7th day of June, 2007.

    /s/W. Louis Sands
**THE HONORABLE W. LOUIS SANDS,
UNITED STATES DISTRICT COURT**